JOHN G. WALSH, ESQ. (MA Bar No. 555649)
63 Atlantic Avenue, 3rd Flr.
Boston, MA 02110
johnwalsh15@rcn.com
Telephone No.: (617) 851-2429
Facsimile No.: (617) 723-4424

Counsel for Defendant
CHRISTOPHER RANIERI
Appearing *Pro Hac Vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER RANIERI *et al.*,<br><br>Defendants. | Case No. 3:17-cr-00533-7 EMC<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER RE: RESETTING THE BRIEFING AND HEARING SCHEDULE OF DEFENDANT, CHRISTOPHER RANIERI'S MOTION FOR A BILL OF PARTICULARS** |

  Whereas, on October 10, 2017 the defendant, Christopher Ranieri and ten other individuals were indicted on racketeering conspiracy charges, inter alia, and he and three of those individuals - Jonathan Joseph Nelson, Brian Wayne Wendt and Russell Taylor Ott - were also indicted on conspiracy to commit murder in aid of racketeering charges.

  Whereas, Mr. Ranieri later notified the Court and the United States of his intent to file and serve a Motion for a Bill of Particulars as to the conspiracy to commit murder in aid of racketeering charge against him (Count Two of the Indictment), and, whereas, Mr. Nelson, Mr. Wendt and Mr. Ott indicated their intent to join in his motion or to file their own similar motion/s;

Whereas, the Court subsequently ordered the parties to adhere to a briefing schedule and set November 6, 2018, as the hearing date for that motion and/or motions;

Whereas, a Superseding Indictment was returned on or about September 11, 2018;

Whereas, Count One of the Superseding Indictment again charges Mr. Ranieri, and ten other individuals, with racketeering conspiracy; Count Two thereof again charges him, Mr. Ott, Mr. Wendt and Mr. Nelson with conspiracy to commit murder in aid of racketeering; Count Three thereof charges Mr. Ott, Mr. Wendt and Mr. Nelson with murder in aid of racketeering with accompanying notices of special findings rendering them potentially eligible for the death penalty; Mr. Ranieri, along with four co-defendants[1], were notified therein of Special Sentencing Factors as to Count One-Number 1: Conspiracy to Commit Murder; and, whereas, Mr. Wendt, Mr. Ott and Mr. Nelson were also notified therein of such factors as to Count One-Number Two: First Degree Murder of Victim 1.

Whereas, Mr. Nelson, Mr. Wendt and Mr. Ott have yet to be appointed Learned Counsel in relation to their being charged in Count Three of the Superseding Indictment;

Whereas, Mr. Nelson's counsel may be disqualified from representing him in this case due to a purported conflict;

Whereas, Mr. Ranieri's attorney has discussed with Assistant United States Attorney Meredith B. Osborn and counsel for Mr. Wendt, Mr. Ott and Mr. Nelson, the wide-ranging ramifications of the Superseding Indictment and the change of circumstances associated therewith, including, but not limited to, the appointment of Learned Counsel for Mr. Wendt, Mr. Ott and Mr. Nelson and such counsels' abilities to meaningfully participate in the filing and hearing of a motion/s for a bill of particulars addressing their client's unique perspectives; the possibility that Mr. Nelson may need to retain or be appointed successor counsel in addition to Learned Counsel; and, whereas, there is a desire to avoid seriatim motions for bills of particulars to the greatest extent possible.

---

[1] Mr. Nelson, Mr. Wendt, Mr. Ott and Raymond Michael Foakes. (*Superseding Indictment,* at ¶23).

THEREFORE, IT IS HEREBY STIPULATED that:

1. The Court at the Status Conference scheduled for October 23, 2018 will reset the briefing schedule and hearing date for Mr. Ranieri's, Mr. Ott's, Mr. Wendt's and Mr. Nelson's motion/s for a bill or bills of particulars as to the Superseding Indictment.

Dated: September 25, 2018

LAW OFFICE OF JOHN G. WALSH

By: /s/ John G. Walsh
John G. Walsh

Attorney for Defendant
CHRISTOPHER RANIERI

Dated: September 25, 2018

ALEX TSE
United States Attorney

By: /s/ Meredith B. Osborn
Meredith B. Osborn
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 26, 2018

HON. EDWARD M. CHEN
United States District Judge