UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date**:  8/28/2020             **Time** = 1:00-4:44=             **Judge:**  EDWARD M. CHEN
                                3 Hours; 21 Minutes

**3:17-cr-00533-EMC -1 - USA v. Jonathan Joseph Nelson (P – courtroom 9)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF: Jai Gohel, Richard Novak
**3:17-cr-00533-EMC-2 - USA v. Raymond Michael Foakes (P – courtroom 8)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF: George Boisseau
**3:17-cr-00533-EMC-3 - USA v. Russell Allen Lyles, Jr. (remote)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF: Michael Clough
**3:17-cr-00533-EMC-4 - USA v. Jeremy Daniel Greer (remote)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF:  Randy Pollock
**3:17-cr-00533-EMC-5 - USA v. Brian Wayne Wendt (P – courtroom 9)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF: Martin Sabelli, John Philipsborn
**3:17-cr-00533-EMC-6 - USA v. Russell Taylor Ott (remote)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF: Robert Waggener, Marcia Morrissey
**3:17-cr-00533-EMC-7 - USA v. Christopher Ranieri  (appearance waived)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF: John Walsh
**3:17-cr-00533-EMC-8 - USA v. Damien David Cesena – (remote)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF: Galia Amram, Eneda Hoxha
**3:17-cr-00533-EMC - 9 USA v. Brian Burke (remote)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF: Erik Babcock
**3:17-cr-00533-EMC - 11 USA v. David Salvatore Diaz (remote)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF: James Thomson
**3:17-cr-00533-EMC - 12 USA v. Merl Frederick Hefferman (remote)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF: James Bustamonte

**Deputy Clerk:**  Angella Meuleman            **Court Reporter:**  Ana Dub

**Interpreter:** N/A                           **Probation Officer:** N/A

**PROCEEDINGS HELD BY ZOOM WEBINAR**

- Evidentiary (*Daubert*)  Hearing –  HELD.
**SUMMARY**

Parties stated appearances.

Witness: Jeremy Scheetz.  See log for further details.