UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
USA v. Nelson, et al
**EXHIBIT and WITNESS LIST**

17-cr-00533-EMC-1

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| EDWARD M. CHEN | Kevin Barry, Ajay Krishnamurthy | Jai Gohel, Eneda Hoxha, Marcia Morrissey, John Walsh, John Philipsborn, Martin Sabelli, Galia Amran |
| **EVIDENTIARY HEARING DATE:** | **REPORTER:** | **CLERK:** |
| August 28, 2020 | Ana Dub | Angella Meuleman |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:00 p.m. | | | Court in session.  Parties stated appearances. | |
| | | 1:05 p.m. | | | Witness, **Jeremy Scheetz**, present on the witness stand. Cross-examination of witness by Jai Gohel on behalf of Jonathan Nelson. | |
| | | 1:47 p.m. | | | Court in recess. | |
| | | 2:04 p.m. | | | Court reconvened.  Cross-examination of witness by Eneda Hoxha on behalf of Damien Cesena. | |
| | 23 | | X | X | USA, U.S. Patent and trademark Office Hells Angels Trademark | |
| | 24 | | X | X | Secretary of State – Certificate of Status | |
| | | 2:12 p.m. | | | Cross-examination of witness by Marcia Morrissey on behalf of Russell Ott. | |
| | | 2:27 p.m. | | | Court examines witness. | |
| | | 2:31 p.m. | | | Cross-examination of witness by John Walsh on behalf of Christopher Ranieri. | |
| | | 2:43 p.m. | | | Re-direct examination of witness by Ajay Krishnamurthy. | |
| | | 2:47 p.m. | | | Court examines witness. | |
| | | 2:50 p.m. | | | Re-direct examination of witness by Ajay Krishnamurthy. | |
| | | 2:56 p.m. | | | Court examines witness. | |
| | | 2:59 p.m. | | | Re-direct examination of witness by Ajay Krishnamurthy. | |
| | | 3:10 p.m. | | | Re-direct examination of witness by Kevin Barry. | |
| | | 3:34 p.m. | | | Re-cross examination of witness by John Philipsborn. | |
| | | 3:47 p.m. | | | Court examines witness. | |
| | | 3:51 p.m. | | | Re-cross examination of witness by John Philipsborn. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 3:53 p.m. | | | Court examines witness. | |
| | | 3:54 p.m. | | | Recess. | |
| | | 4:00 p.m. | | | Court reconvenes.   Re-cross examination of witness by Martin Sabelli. | |
| | | 4:14 p.m. | | | Re-cross examination of witness by Galia Amran. | |
| | | 4:21 p.m. | | | Re-cross examination of witness by Marcia Morrissey. | |
| | | 4:32 p.m. | | | Re-cross examination of witness offered to Jai Gohel.  No further questions. | |
| | | 4:33 p.m. | | | Re-cross examination of witness offered to John Walsh. No further questions. | |
| | | 4:34 p.m. | | | Re-direct examination of witness offered to the Government.  No further questions.  Evidentiary Hearing concluded.   Scheetz Declaration and attached exhibits [1084-1] admitted for purposes of this *Daubert* hearing. Court instructed parties to submit a consolidated brief summary by each proffered opinion under *Daubert* standards as stated on the record. Government to submit brief by 9/4/2020 and defense is to submit brief by 9/11/2020.  Regarding Laughlin matter brief, parties to meet and confer and to stipulate to a briefing schedule as stated on the record. | |
| | | 4:44 p.m. | | | Court adjourned.  Parties to return for Status Conference and discuss submitted briefs on 9/23/2020 at 2:30 PM. | |