# UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** July 29, 2021   **Zoom Webinar:** 9:14 – 10:25   **Judge:** LAUREL BEELER
**Total Time:** 1 hour, 11 minutes

**Case No.:** 17-cr-00533-EMC   **Case Name:** USA v. Nelson et al.

**AUSA:** Kevin Barry and Ajay Krishnamurthy

**3:17-cr-00533-EMC-1-** USA v. **Jonathan Joseph Nelson** (by Zoom)/ DEF: Richard Novak, Jai Gohel

**3:17-cr-00533-EMC-2-** USA v. **Raymond Michael Foakes** (In-Custody; Waived) / DEF: George Boisseau

**3:17-cr-00533-EMC-3-** USA v. **Russell Allen Lyles, Jr**. (Waived) / DEF: George Boisseau for Michael Clough

**3:17-cr-00533-EMC-4-** USA v. **Jeremy Daniel Greer** (by Zoom) / DEF: Randy Sue Pollock

**3:17-cr-00533-EMC-5-** USA v. **Brian Wayne Wendt** (In-Custody; Waived) DEF: John Philipsborn and K. Alexandra McClure

**3:17-cr-00533-EMC-6-** USA v. **Russell Taylor Ott** (by Zoom) DEF: Robert Waggener / Marcia Morrisey

**3:17-cr-00533-EMC-7-** USA v. **Christopher Ranieri** (Waived) / DEF: John G. Walsh

**3:17-cr-00533-EMC-8-** USA v. **Damien David Cesena** (by Zoom) DEF: Whitney O'Byrne

**3:17-cr-00533-EMC-9-** USA v. **Brian Burke** (Waived) / DEF: Erik Babcock

**3:17-cr-00533-EMC-11-** USA v. **David Salvadore Diaz** (by Zoom) / DEF: James Thomson

**3:17-cr-00533-EMC-12-** USA v. **Merl Frederick Hefferman** (by Zoom) / DEF: James Bustamante

**Deputy Clerk:** Elaine Kabiling   **Court Reporter:** N/A

### PROCEEDINGS

All parties have consented to hearing by Zoom. Motions hearing held. The court will issue a separate order. The court provisionally seals motion filed at ECF 1913. Parties to submit a redacted copy for public record. Parties will confer and update the court by Monday or Tuesday at noon if a further hearing is needed.