1  LAW OFFICES OF ERIK BABCOCK
   ERIK BABCOCK (Cal. 172517)
2  717 Washington St., 2d Floor
   Oakland CA 94607
3  Tel: (510) 452-8400
   Fax: (510) 452-8405
4  erik@babcocklawoffice.com

5  Attorney for Defendant
   BRIAN BURKE
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        Case No. CR 17-cr-00533 EMC (SK)

12 |         Plaintiff,                **EX PARTE TRAVEL APPLICATION**

13 |    v.

14

15 | BRIAN BURKE,

16 |         Defendant.

17

18     Defendant Burke's daughter attends Grand Canyon University in Phoenix, Arizona. He is

19 requesting permission to fly to Phoenix, Arizona to visit and spend some time with his daughter starting

20 on October 25, 2021, and returning to this district on October 27, 2021.

21     The government does not oppose this request.

22

23 ///

24 ///

25

26

27

28
                              Ex Parte Application
                              and Proposed Travel Order

                                        1

Pretrial Services also has no objection to the proposed travel.

DATED: October 15, 2021                                    /S/Erik Babcock
                                                           ERIK BABCOCK
                                                           Attorney for BRIAN BURKE

## PROPOSED ORDER

**GOOD CAUSE APPEARING,** the conditions of release for Brian Burke are modified to allow him to fly to Phoenix, Arizona on October 25, 2021 and return to this district on October 27, 2021.

**SO ORDERED**.

DATED:

                                                           _____
                                                           HONORABLE SALLIE KIM
                                                           U.S. Magistrate Judge