# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** October 28, 2021  **Zoom Recording Time:** 9:40 – 9:54  **Judge:** LAUREL BEELER

**Case No.:** 17-cr-00533-EMC  **Case Name:** USA v. Nelson et al

**AUSA:** Kevin Barry, Lina Peng, Ajay Krishnamurthy
**Jonathan Joseph Nelson** / DEF:
**Raymond Michael Foakes (In-Custody; Waived)** / DEF: Albert Boro
**Brian Wayne Wendt (In-Custody; Waived)** / DEF: John Philipsborn and Michael Burt
**Russell Allen Lyles, Jr.** / DEF:
**Jeremy Daniel Greer** / DEF: Marcia Morrisey for Randy Sue Pollock
**Russell Taylor Ott** / DEF: Marcia Morrisey for Robert Waggener
**Christopher Ranieri** / DEF: Marcia Morrisey for John Walsh
**Damien David Cesena** / DEF:
**Brian Burke** / DEF: Marcia Morrisey for Erik Babcock
**David Salvadore Diaz** / DEF: Marcia Morrisey for James Thomson
**Merl Frederick Hefferman** / DEF:

Defendants presence are waived.

**Deputy Clerk:** Elaine Kabiling

## PROCEEDINGS

Motion Hearing – HELD via Zoom Webinar.  Matters are argued, submitted and taken under submission.  Court to issue order.