# ATTACHMENT B
PROPOSED SPECIAL VERDICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>JONATHAN JOSEPH NELSON, et al,,  )<br>  )<br>    Defendants.  )<br>  )<br>_____)  | CASE NO. **CR 17-00533 EMC** |

**(PROPOSED) SPECIAL VERDICT**

We, the jury in the above-captioned case, present the following unanimous verdict:

Following the guilty verdict against the defendants on Count One of the Superseding Indictment, the government seeks forfeiture of the following property:

**A.   Motorcycles**

The United States has, in its custody, motorcycles that were seized by state, local or federal law enforcement agencies as a result of the investigation into the racketeering and overt acts alleged in the Superseding Indictment.  For any of these items, answer the following question: Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture?

    1.  One Harley Davidson motorcycle, license plate number 21M1780,

        Yes _____     No _____

    2.  One Harley Davidson motorcycle, license plate number 21J9345,

        Yes _____     No _____

    3.  One Harley Davidson motorcycle, license plate number 16N5106,

        Yes _____     No _____

    4.  One Harley Davidson motorcycle, license plate number 22F4360,

        Yes _____     No _____

SPECIAL VERDICT FORM
CR 17-00533 EMC

5. One Harley Davidson motorcycle, license plate number 20A9211,

   Yes _____   No _____

6. One Harley Davidson motorcycle, license plate number 20H2093

   Yes _____   No _____

**B.  Firearms and Ammunition from 1514 Fallbrook Avenue**

The United States has, in its custody, firearms and ammunition that were seized by state, local or federal law enforcement agencies from 1514 Fallbrook Avenue, Clovis, CA on or about July 18, 2018 as a result of the investigation into the racketeering and overt acts alleged in the Superseding Indictment. For any of these items, answer the following question: Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture?

1. AK firearm Make: ROMARM/CUGIR, Model: WASR-10, S/N: A1-33344-15, caliber: 762,

   Yes _____   No _____

2. PMAG 30 round 762 magazine, found loaded in AK,

   Yes _____   No _____

3. Two rounds 762, found loaded in AK magazine,

   Yes _____   No _____

4. PMAG D-60 drum style magazine, 556 caliber, 60 round capacity. Found loaded in short barrel rifle,

   Yes _____   No _____

5. Short barrel rifle Make: Anderson Manufacturing, Model: AM-15, cal556 multi caliber, S/N:16426711,

   Yes _____   No _____

6. 54 rounds 556 ammunition found loaded in short barrel in drum mag,

   Yes _____   No _____

7. Rifle Make: Remington, Model: 700, caliber 17, S/N: 6409654,

   Yes _____   No _____

8. Ruger 22 caliber single six revolver, S/N:382552, found loaded with six rounds,

Yes _____   No _____

9. Handgun Make: Kimber, Model: Micro 9, Caliber: 9mm, S/N: PB0010070, and nine rounds of 9mm ammunition from magazine in gun case,

Yes _____   No _____

10. High capacity 9mm Glock magazine, found holding 32 rounds 9 mm,

Yes _____   No _____

11. 34 rounds 9mm; 32 removed from high-capacity mag,

Yes _____   No _____

12. 57 rounds 223 ammunition removed from magazines,

Yes _____   No _____

13. Eight rounds 17 Remington in Remington box,

Yes _____   No _____

14. 30 rounds 556 from PMAG magazine,

Yes _____   No _____

15. 11 rounds 40 caliber ammunition,

Yes _____   No _____

16. One Ruger Pistol, Model: P89, Caliber: 9, S/N: 309-40411 and one magazine,

Yes _____   No _____

17. Handgun Make: Glock, Model: 17 Cal: 9mm; S/N BEB199 with magazine, Smyrna GA, made in Austria,

Yes _____   No _____

18. Eight rounds 9mm removed from magazine,

Yes _____   No _____

19. Ammunition 16 rounds 9mm from magazine and one round from chamber of Glock; S/N: BBCU144,

Yes _____   No _____

20. Glock Model: 17 Cal: 9mm; S/N: BBCU144 with magazine found loaded with one round in chamber,

SPECIAL VERDICT FORM
CR 17-00533 EMC

    Yes _____   No _____

21. Bulldog .44 SPL Revolver, S/N: 13-20095, Charter Arms, Shelton, CT, made in USA found loaded,

    Yes _____   No _____

22. One box of 12 ga Winchester Ammunition,

    Yes _____   No _____

23. Seven rounds 9mm,

    Yes _____   No _____

24. Rifle "K23 Pistol" Olympic Arms; S/N: AW2228 multi caliber OLY WA with magazine,

    Yes _____   No _____

25. 5.56 ammunition contained in magazine,

    Yes _____   No _____

26. One (1) Glock Pistol, Model: 42, Caliber: 380, S/N: ACPM446, with magazine, found loaded,

    Yes _____   No _____

27. Six rounds .380 ammunition, removed from loaded Glock 42,

    Yes _____   No _____

**C.**  **Firearms and Ammunition from 129 Carillo Santa Rosa**

The United States has, in its custody, firearms and ammunition that were seized by state, local or federal law enforcement agencies from 129 Carillo Santa Rosa, CA, on November 18, 2017, as a result of the investigation into the racketeering and overt acts alleged in the Superseding Indictment. For any of these items, answer the following question: Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture?

1. Glock 9 mm handgun, Model 19, S/N BLT097 and nine 9 mm bullets and one magazine,

    Yes _____   No _____

2. Ruger revolver, Model RG40, 40 caliber, S/N R114206,

    Yes _____   No _____

SPECIAL VERDICT FORM
CR 17-00533 EMC

**D.     Firearms from 742 Blair Place**

The United States has, in its custody, firearms that were seized by state, local or federal law enforcement agencies from 742 Blair Place, Santa Rosa, CA on or about November 18, 2017, as a result of the investigation into the racketeering and overt acts alleged in the Superseding Indictment. For any of these items, answer the following question: Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture?

    1. Remington shotgun, Model: 870, Caliber 12, S/N: RS89380K,

       Yes _____      No _____

    2. Ruger Revolver, Caliber: 38, Model: 05401, S/N: 542-29332,

       Yes _____      No _____

**E.     Firearms and Ammunition from 1092 Camino Coronado**

The United States has, in its custody, firearms and ammunition that were seized by state, local or federal law enforcement agencies from 1092 Camino Coronado, Rohnert Park, CA on or about November 19, 2017, as a result of the investigation into the racketeering and overt acts alleged in the Superseding Indictment. For any of these items, answer the following question: Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture?

    1. One Glock Model 19, 9 mm caliber, S/N: DWB580 with one magazine and ammunition,

       Yes _____      No _____

    2. One North American Arms, Model unknown, caliber unknown, S/N: D90480 and ammunition,

       Yes _____      No _____

    3. One Walther Model P22, .22 caliber, S/N: WA119916, with one magazine and ammunition,

       Yes _____      No _____

    4. One Mossberg, Model 188, 12 gauge, S/N: MV182045,

       Yes _____      No _____

    5. One Savage rifle, Model 3b, .22 caliber, S/N: unknown,

       Yes _____      No _____

1. 6. One Marlin firearms, Model 795, .22 LR caliber, S/N: MM09374G,

    Yes _____     No _____

2. 7. One Springfield Armory, Model XD9, 9mm caliber, S/N: XD188023,

    Yes _____     No _____

**F.  Firearms and Ammunition from HAMC Sonoma County at 516 Frazier Avenue**

The United States has, in its custody, firearms and ammunition that were seized by state, local or federal law enforcement agencies from HAMC Sonoma County at 516 Frazier Avenue, Santa Rosa, CA on or about November 19, 2017, as a result of the investigation into the racketeering and overt acts alleged in the Superseding Indictment. For any of these items, answer the following question: Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture?

1. Glock 43; S/N: BCFE680, and 6 rounds of ammunition removed,

    Yes _____     No _____

2. Springfield Armory 45 ACP; S/N: XS569531 and removed loaded magazine,

    Yes _____     No _____

**G.  Firearms and Ammunition from 648 Auburn St**

The United States has, in its custody, firearms and ammunition that were seized by state, local or federal law enforcement agencies from 648 Auburn St, Tulare, CA on or about November 20, 2017 as a result of the investigation into the racketeering and overt acts alleged in the Superseding Indictment. For any of these items, answer the following question: Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture?

1. One Browning Rifle, S/N: 04984ZV358,

    Yes _____     No _____

2. One magazine containing 7.62x39 ammunition,

    Yes _____     No _____

3. Century Arms Rifle, AK-47, 7.62x39 caliber, S/N: AB2-C106909 & 527795 (upper and lower has a serial number each),

SPECIAL VERDICT FORM
CR 17-00533 EMC

1   Yes _____   No _____

2       4. One magazine containing 3- 300 caliber ammo,

3          Yes _____   No _____

4       5. One Winchester Rifle, 300 caliber, S/N: 357ZV18768 with scope,

5          Yes _____   No _____

6       6. Six 12-gauge shotgun shells,

7          Yes _____   No _____

8       7. One Remington Scattergun technology shotgun, 12 gauge, S/N: AB641510M,

9          Yes _____   No _____

10      8. One magazine containing 10 rounds of .223 caliber ammunition,

11         Yes _____   No _____

12      9. One Christianson Arms Rifle, AR-15, .233 caliber, S/N: CA00572 with scope,

13         Yes _____   No _____

14

15      10. One Rifle circa 1955, M1 scout, S/N: ZX333,

16         Yes _____   No _____

17      11. One Savage Rifle, Model: 12, .223 caliber, S/N: G223693 with attached scope,

18         Yes _____   No _____

19      12. One Weatherby Mark V Rifle, 300 caliber, S/N: PB005045 with attached scope,

20         Yes _____   No _____

21      13. One Winchester Rifle, Model 1890, S/N: 265475,

22         Yes _____   No _____

23      14. One Stag Arms AR-15 Rifle, S/N: 31183,

24         Yes _____   No _____

25      15. 1360 rounds .223 caliber of ammunition,

26         Yes _____   No _____

27      16. 41 rounds of .40 caliber ammunition,

28         Yes _____   No _____

SPECIAL VERDICT FORM
CR 17-00533 EMC

17. One Hopkins and Allen Arms Co revolver, safety police, S/N: F3473,

    Yes _____   No _____

18. One Ruger revolver, Model GP-100, .357 magnum, S/N:175-30241,

    Yes _____   No _____

19. One magazine containing 6 rounds of ammunition, .22LR caliber,

    Yes _____   No _____

20. One Jennings Firearms handgun, Model J22, .22LR caliber, S/N:398957,

    Yes _____   No _____

21. One magazine containing 5 rounds of ammunition, R-P .380 auto,

    Yes _____   No _____

22. One Lorcin handgun, Model L380, .380 caliber, S/N:169235,

    Yes _____   No _____

23. One Glock handgun, Model 42, .380 auto, S/N: ABBZ838,

    Yes _____   No _____

24. One magazine containing 8 rounds of ammunition, .45 auto,

    Yes _____   No _____

25. One Kimber handgun, Tactical Pro II, .45 auto, S/N: KR31496,

    Yes _____   No _____

26. One magazine containing 8 rounds of ammunition, .45 auto,

    Yes _____   No _____

27. One Wilson's Combat handgun, .45 auto, S/N: WCT17339,

    Yes _____   No _____

28. One magazine containing 8 rounds of ammunition, .45 auto,

    Yes _____   No _____

29. One Heckler and Koch handgun, USP compact, .45 auto, S/N:29-035159,

    Yes _____   No _____

30. Six rounds of ammunition, R-P .357 magnum,

    Yes _____   No _____

SPECIAL VERDICT FORM
CR 17-00533 EMC

31. One Smith and Wesson revolver, .357 magnum, S/N: DBN5081,

    Yes _____   No _____

32. One magazine containing six rounds of .45 caliber ammunition,

    Yes _____   No _____

33. One Kahr handgun, Model P45, S/N: SB2808,

    Yes _____   No _____

34. One black holster with two magazines containing eight each of .45 caliber rounds of ammunition,

    Yes _____   No _____

35. Five rounds of ammunition; .38 Caliber; Three rounds of Winchester .38 SPL+P and two rounds of R-P .38 SPL,

    Yes _____   No _____

36. One USA Chapter Arms Revolver, .38 SPL, U.C. Lite, S/N:14- 43202,

    Yes _____   No _____

37. Four rounds of Hornady ammunition; .380 AUTO,

    Yes _____   No _____

38. One Glock handgun, .380 caliber AUTO, Model 42, S/N: ABAK747, with magazine,

    Yes _____   No _____

**H.   Firearms from 2273 South G St**

The United States has, in its custody, firearms that were seized by state, local or federal law enforcement agencies from Club House at 2273 South G St, Fresno, CA 93721 on November 20, 2017 as a result of the investigation into the racketeering and overt acts alleged in the Superseding Indictment. For any of these items, answer the following question: Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture?

1. Glock 9mm pistol; Model: 19; S/N: XTH290,

    Yes _____   No _____

2. Smith and Wesson 5.56 caliber carbine, Model: M&P-15, S/N: ST94642,

    Yes _____   No _____

SPECIAL VERDICT FORM
CR 17-00533 EMC

3. Ruger .22 rifle; Model: 10; S/N: 120-29447,

   Yes _____   No _____

4. Anderson Manufacture 5.56 caliber Carbine; Model: AM-15; S/N: 15079957,

   Yes _____   No _____

5. Mossberg 12 ga shotgun; Model: PACHMAYR; S/N: J521128,

   Yes _____   No _____

6. Magpull Industries Carbine AR-15; Caliber: 5.56; Model: 01171720201; S/N: Unknown,

   Yes _____   No _____

7. Shotgun, Standard MFG Company LCC 12 ga; Model: DP12; S/N DP18494,

   Yes _____   No _____

8. Pistol -30 Austria .45 Auto; S/N PWA060; Made in Austria, Glock Inc., Smyrna, GA,

   Yes _____   No _____

_____          _____
DATE                            FOREPERSON

SPECIAL VERDICT FORM
CR 17-00533 EMC