JOHN G. WALSH (MA Bar No. 555649)
63 Atlantic Avenue, 3rd Flr.
Boston, MA  02110
johngwalshlaw@gmail.com

Telephone No.: (617) 851-2429

Counsel for Defendant
CHRISTOPHER RANIERI
Appearing *Pro Hac Vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER RANIERI *et al.*,<br><br>Defendants. | Case No. 3:17-cr-00533-7 EMC<br><br>**CHRISTOPHER RANIERI'S MOTION FOR PERMISSION TO FILE AN OVERSIZED REPLY  TO THE UNITED STATES' OPPOSITION TO HIS MOTION FOR JUDGMENT OF ACQUITTAL UNDER F.R.C.P. 29 AND [PROPOSED] ORDER**<br><br>**Dept.: Hon. Edward M. Chen** |

**TO: THIS HONORABLE COURT; COUNSEL FOR THE GOVERNMENT; AND COUNSEL FOR THE DEFENSE:**

**CHRISTOPHER RANIERI**, hereby moves this Court, pursuant to Criminal Local Rule 47-2 and Civil Local Rule 7-4(b), for an order permitting him to file an oversized *Reply* to the Government's *Opposition* to his *Motion for Judgment of Acquittal Under F.R.C.P. 29*.  His reply is 33 pages in length including tables which exceeds the permissible limit of 25 pages set

CHRISTOPHER RANIERI'S MOTION FOR  PERMISSION TO FILE AN OVERSIZED REPLY  TO THE UNITED STATES' OPPOSITION TO HIS MOTION FOR JUDGMENT OF ACQUITTAL UNDER F.R.C.P. 29 AND [PROPOSED] ORDER

1

forth in Local Civil Rule 7-4(b). It replies to the Government's *Opposition* which also is 33 pages in length including a table of contents.

Several of the arguments made in Mr. Ranieri's *Reply* require detailed discussions in order to reply to the Government's *Opposition,* and to provide an adequate record of the arguments to be made. Every effort was made to reply as concisely as possible to that *Opposition*.  However, given the complexity of the evidence presented, the number of witnesses and exhibits, and the length of the trial and the points made in that *Opposition,* his counsel is unable to adequately set forth the factual and legal bases for his arguments within the 25-page limit of Civil Local Rule 7-4(b) as incorporated into Criminal Local Rule 47-2(b).

For the foregoing reasons, Mr. Ranieri suggests there is ample good cause for the Court to grant this motion, and he respectfully requests that the Court grant it.

This Motion is based on the above statement of the Motion and on the pertinent Local Rules.

December 6, 2023                                         Respectfully submitted,


                                                         By: /s/ John G. Walsh

                                                         John G. Walsh
                                                         Attorney for Defendant,
                                                         CHRISTOPHER RANIERI

CHRISTOPHER RANIERI'S MOTION FOR  PERMISSION TO FILE AN OVERSIZED REPLY  TO THE UNITED STATES'  OPPOSITION TO HIS MOTION FOR JUDGMENT OF ACQUITTAL UNDER F.R.C.P. 29 AND [PROPOSED] ORDER

2

**[PROPOSED] ORDER**

FOR GOOD CAUSE APPEARING, on the application of counsel for Christopher Ranieri, IT IS ORDERED that Mr. Ranieri shall be permitted to file an oversized Reply to the Government's Opposition to his Motion for Judgment of Acquittal that exceeds the 25-page limit specified by Civil Local Rule 7-4(b).

IT IS SO ORDERED.

Dated: December 6, 2023

_____
HON. EDWARD M. CHEN
UNITED STATES SENIOR DISTRICT JUDGE

CHRISTOPHER RANIERI'S MOTION FOR PERMISSION TO FILE AN OVERSIZED REPLY TO THE UNITED STATES' OPPOSITION TO HIS MOTION FOR JUDGMENT OF ACQUITTAL UNDER F.R.C.P. 29 AND [PROPOSED] ORDER

3